**UNITED STATES DISTRICT COURT**
**District of Maine**

|  |  |  |
|---|---|---|
| JOAN M. KELLY, | ) | Docket No. |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| OXFORD COUNTY, OXFORD COUNTY | ) | |
| SHERIFF'S OFFICE, CHRISTOPHER R. | ) | |
| WAINWRIGHT, and JAMES H. | ) | |
| URQUHART, | ) | |
| Defendants | ) | |
| | ) | |

## NOTICE OF REMOVAL

NOW COME Defendants Oxford County and Oxford County Sheriff's Office, by and through undersigned counsel, pursuant to the provisions of 28 U.S.C. §§ 1331 and 1446, and hereby remove the above-entitled matter to the United States District Court for the District of Maine.   Removal is permissible because federal question jurisdiction exists by virtue of Plaintiff's claims under 42 U.S.C. § 1983.

This Notice of Removal is timely pursuant to the provisions of 28 U.S.C. § 1446(b) because this removal is being effected within 30 days after these Defendants received the Summons and Complaint.

In conformity with 28 U.S.C. § 1446(A), copies of the Oxford County Superior Court Docket Sheet and all state court filings are attached hereto.

Dated:  November 1, 2022

/s/   Peter T. Marchesi
Peter T. Marchesi, Esq.
Wheeler & Arey, P.A.
Attorneys for Defendants Oxford County
   and Oxford County Sheriff's Office
27 Temple Street
Waterville, ME   04901

**UNITED STATES DISTRICT COURT**
**District of Maine**

|  |  |  |
|---|---|---|
| | ) | |
| JOAN M. KELLY, | ) | Docket No. |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| OXFORD COUNTY, OXFORD COUNTY | ) | |
| SHERIFF'S OFFICE, CHRISTOPHER R. | ) | |
| WAINWRIGHT, and JAMES H. | ) | |
| URQUHART, | ) | |
| Defendants | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I, Peter T. Marchesi, hereby certify that:

● Notice of Removal

has been served this day on Plaintiff by filing with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

Adam R. Lee, Esq.                    *alee@tmbf-law.com*

Dated:  November 1, 2022                         /s/   Peter T. Marchesi
                                                 Peter T. Marchesi, Esq.
                                                 Wheeler & Arey, P.A.
                                                 Attorneys for Defendants Oxford County
                                                 and Oxford County Sheriff's Office
                                                 27 Temple Street
                                                 Waterville, ME   04901