

Adam R. Lee
alee@tmbf-law.com
ME Bar No. 4143
NH Bar No. 20930

April 9, 2024

*Via Electronic Filing:*
Christa K. Berry, Clerk
U.S. District Court, District of Maine
Edward T. Gignoux U.S. Courthouse
156 Federal Street
Portland, ME 04101

**RE:** **Kelly v. Oxford County, et al.**
**Docket No. 2:22-cv-00339-LEW**

Dear Ms. Berry:

Pursuant to the Court's Order dated March 25, 2024, this letter is to inform the Court that the above-referenced matter has reached an agreement. The Plaintiff, Joan Kelly, will be coming into undersigned counsel's office on Friday, April 12, 2024 to sign the agreement. The most recent storm interrupted her ability to make it to my office to sign. Please let me know if the Court needs anything further.

As always, thank you for your attention to this matter.

Sincerely,

/s/ Adam R. Lee

Adam R. Lee, Esq., Bar No. 4143

ARL/mam
Encl.

CC:   Joan Kelly (via email only)
      John J. Wall, III, Esq. (via email only)
      Peter T. Marchesi, Esq. (via email only)

H:\ARL\Kelly, Joan M. #11665\Correspondence\Clerk Letter re Settlement 4-9-24.docx