## UNITED STATES DISTRICT COURT
### District of Maine

|  |  |  |
|---|---|---|
| | ) | |
| JOAN M. KELLY, | ) | Docket No. 2:22-cv-00339-LEW |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| OXFORD COUNTY, OXFORD COUNTY | ) | |
| SHERIFF'S OFFICE, CHRISTOPHER R. | ) | |
| WAINWRIGHT, and JAMES H. | ) | |
| URQUHART, | ) | |
| Defendants | ) | |
| | ) | |

## STIPULATION OF DISMISSAL

NOW COME the parties, through counsel, and hereby stipulate that the above-captioned matter may be dismissed, with prejudice, and without costs, interest, or attorneys fees to any party.

Dated:   April 25, 2024

/s/   Adam R. Lee
Adam R. Lee, Esq.
Attorney for Plaintiff
Trafton, Matzen, Belleau & Frenette
P.O. Box 470, 10 Minot Avenue
Auburn, ME   04212-0470

Dated:   April 25, 2024

/s/   Peter T. Marchesi
Peter T. Marchesi, Esq.
Wheeler & Arey, P.A.
Attorneys for Defendant Oxford County
27 Temple Street
Waterville, ME   04901

Dated:   April 25, 2024

/s/   John J. Wall, III
John J. Wall, III, Esq.
Monaghan Leahy, LLP
Attorneys for Defendants Wainwright and Urquhart
95 Exchange Street, P.O. Box 7046
Portland, ME   04112-7046

**UNITED STATES DISTRICT COURT**
**District of Maine**

|  |  |  |
|---|---|---|
| JOAN M. KELLY, | ) | Docket No. |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| OXFORD COUNTY, OXFORD COUNTY | ) | |
| SHERIFF'S OFFICE, CHRISTOPHER R. | ) | |
| WAINWRIGHT, and JAMES H. | ) | |
| URQUHART, | ) | |
| Defendants | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, Peter T. Marchesi, hereby certify that:

● Stipulation of Dismissal

has been served this day on Plaintiff by filing with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

Adam R. Lee, Esq.                    *alee@tmbf-law.com*
John J. Wall, III. Esq.              *jwall@monaghanleahy*.com

Dated:   April 25, 2024                  /s/   Peter T. Marchesi

Peter T. Marchesi, Esq.
Wheeler & Arey, P.A.
Attorneys for Defendants Oxford County
and Oxford County Sheriff's Office
27 Temple Street
Waterville, ME   04901